■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYDNEY BUTLER, Appellant, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.— Motion for permission to proceed as a poor person and for assignment of counsel upon appeal denied upon the ground that relator has been released to aftercare supervision (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ In the Matter of the Claim of ANGEL ORTIZ, Respondent, v. WHITE PLAINS BOARD OF EDUCATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion, insofar as it seeks an order directing the board to accept as timely a notice of appeal from a decision filed August 7, 1969, denied, without costs. (See Workmen's Compensation Law, § 23.) Motion, insofar as it seeks an order directing the board to accept as timely a notice of appeal from a decision dated October 20, 1969 denying an application for reconsideration, granted, without costs. Upon this appeal, our review is limited to the question whether the board's action was arbitrary and capricious. (*Matter of Fairbanks* v. *Brewer-Titchener Corp.*, 25 A D 2d 583.) Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.